UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 09-74410

EBONY MICHELLE BIRTON,                                    Chapter 7

        Debtor(s).                                Judge Thomas J. Tucker
_____/

### ORDER GRANTING DEBTOR'S "APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE IN FULL OR IN INSTALLMENTS"

This case is before the Court on the Debtor's "Application For Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee In Full Or In Installments," filed November 6, 2009 (Docket # 8). Upon review of the Application the Court finds (1) that Debtor has income less than 150 percent of the income official poverty line (as defined by the Office of Management and Budget, and revised annually in accordance with section 673(2) of the Omnibus Budget Reconciliation Act of 1981) applicable to a family of the size involved; and (2) that Debtor is unable to pay that fee in installments. 28 U.S.C. § 1930(f)(1).

IT IS ORDERED that Debtor's "Application For Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee In Full Or In Installments" (Docket # 8) is GRANTED.

This Order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**Signed on November 13, 2009**

                                                           /s/ Thomas J. Tucker
                                                            **Thomas J. Tucker**
                                                           **United States Bankruptcy Judge**